DAVIS LEVIN LIVINGSTON GRANDE
ANNE L. WILLIAMS           1662
MICHAEL K. LIVINGSTON      4161
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500; Facsimile: (808) 545-7802
Email: awilliams@davislevin.com

AMERICAN CIVIL LIBERTIES UNION
OF HAWAII FOUNDATION
LOIS K. PERRIN            8065
P.O. Box 3410
Honolulu, Hawaii 96801
Telephone: (808) 522-5900; Facsimile: (808) 522-5909
Email: lperrin@acluhawaii.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN R. WALSH, BLANE M. WILSON, STEVEN M. ANNARELLI, and LYDIA R. HILL, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU, *et al.*,<br><br>Defendants. | CIVIL NO. 05-378 DAE/LEK<br><br>[CLASS ACTION]<br><br>PLAINTIFFS' ERRATA REGARDING EXHIBITS 1 AND 2 TO THE DECLARATION OF LOIS PERRIN AND EXHIBIT 1 TO THE DECLARATION OF ANNE WILLIAMS FILED IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES<br><br>Judge: Hon. Leslie E. Kobayashi<br>Date: Non-hearing motion |

PLAINTIFFS' ERRATA REGARDING EXHIBITS 1 AND 2 TO THE DECLARATION OF LOIS PERRIN AND EXHIBIT 1 TO THE DECLARATION OF ANNE WILLIAMS FILED IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES

Plaintiffs, by and through their undersigned counsel, hereby file this *errata* regarding Exhibits 1 and 2 to the Declaration of Lois Perrin ("Perrin Decl.") and Exhibit 1 to the Declaration of Anne Williams ("Williams Decl."), which were filed on June 27, 2006 in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and Expenses, to correct the following unintentional errors:

1. Perrin Decl., Ex. 1 at 29:  In the description entry for 6/19/2006, "(6.3)" should read "(4.3)";

2. Perrin Decl., Ex. 2 at 1:  In the description entry for 4/6/2006, "(1)" should read "(1.5)";

3. Williams Decl., Ex. 1 at 2:  In the time entry for 4/12/2005, "2.9" should read "2.8";

4. Williams Decl., Ex. 1 at 5:  In the time entry for 7/4/2005, ".4" should read ".6";

5. Williams Decl., Ex. 1 at 9:  In the time entry for 11/1/2005, "3.2" should read "3.1".

Plaintiffs note that the above-listed corrections do not impact the lodestar amount claimed in the Motion for an Award of Attorneys' Fees, Costs and Expenses.

DATED: Honolulu, Hawaii, June 29, 2006.

Respectfully submitted,

DAVIS LEVIN LIVINGSTON GRANDE
ACLU OF HAWAII FOUNDATION

/s/ Lois K. Perrin

LOIS K. PERRIN
Attorneys for Plaintiffs